UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID ROBERT O'FLYNN, DONALD L. WILHOLD, JAMES ADDISON, and REGINA ADDISON, *on behalf of themselves and others similarly situated*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> PHH MORTGAGE CORPORATION, OCWEN FINANCIAL CORPORATION, and ALTISOURCE PORTFOLIO SOLUTIONS, SA, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:22-cv-00335-JMS-DLP |

## ORDER

Given the Court's May 18, 2022 Order rejecting the Recommendation to the District Court to Withdraw the Reference Pursuant to Local Rule B-5011-1(b), [Filing No. 13], the Clerk is **DIRECTED** to close this case.

Date: 9/2/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

1